**Order entered April 9, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00108-CR

## EX PARTE SKY LANE BLACKWELL

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. WX21-90224**

## ORDER

Before the Court is appellant's March 30, 2021 motion to supplement the record on appeal and the State's response. Appellant seeks to supplement the record with the probable cause affidavit from his case which he alleges "was submitted to the Trial Court in the original hearing with no objection from the State." Appellant contends both parties referenced the probable cause affidavit in their argument, it was "clearly available" during the February 3, 2021 writ hearing, and the trial court considered it in reaching its decision to deny appellant relief. The State responds that the probable cause affidavit was never admitted into evidence and should not be part of the record on appeal. Appellant represents the

court reporter has confirmed she can supplement the reporter's record with the probable cause affidavit.

Without addressing the merits of appellant's contention that the probable cause affidavit is properly included in the record, we **GRANT** the motion to the extent we **ORDER** Official Court Reporter Kelly Simmons to file, within **TEN DAYS** of the date of this order, a supplemental reporter's record containing the probable cause affidavit.

The State may, if it desires, raise an issue in its brief regarding the propriety of considering the probable cause affidavit in the appeal.

We **DIRECT** the Clerk of the Court to transmit a copy of this order to Official Court Reporter Kelly Simmons and to counsel for the parties.


/s/    ERIN A. NOWELL
JUSTICE